IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-CV-02356-REB-MJW

EILEEN OSBORNE,

Plaintiff(s),

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Defendant's Motion to Compel Discovery Responses from Plaintiff and for Costs and Attorney's Fees (docket no. 14) is DENIED. The Plaintiff has now provided to Defendant responses to Defendant's First Set of Interrogatories on July 28, 2005, and Request for Production of Documents on July 29, 2005. The Plaintiff is place on notice that Plaintiff shall response timely to any future discovery requests. Failure by Plaintiff to timely respond to **future discovery requests** propounded by Defendant may result in sanctions being imposed against the Plaintiff.

Date: August 26, 2005