IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 04-cv-02356-REB-MJW

EILEEN OSBORNE,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Defendant.

---

**ORDER**
( Docket No 32 )

---

THIS MATTER is before the Court on the parties' Joint Motion to Vacate Motion Conference. The Court, having reviewed the Motion and being fully advised in the premises therein,

IT IS HEREBY ORDERED that the parties' Joint Motion to Vacate Motion Conference is GRANTED. The Motion Conference currently scheduled on October 4, 2005 at 3:30 p.m. is hereby VACATED. ⊗

                       _/s/ Michael J. Watanabe_  10-4-05
                       ~~United States District Judge~~
                       MICHAEL J. WATANABE
                       U.S. MAGISTRATE JUDGE

⊗ It is Further ORDERED that Defendant's Motion To Reconsider And Amend this Court's order Denying Defendant's Motion to Compel Discovery Responses From Plaintiff And For Costs And Attorney's Fees ( Docket No. 22 ) is MOOT And Therefore DENIED WITHOUT PREJUDICE.

10-4-05
MJW