**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 04-cv-02356-REB-MJW

EILEEN OSBORNE,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

On February 8, 2006, the parties filed a **Stipulation for Dismissal With Prejudice** [#39].  After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Stipulation for Dismissal With Prejudice** [#39], filed February 8, 2006, is **APPROVED**;

2.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

3.  That the Trial Preparation Conference set for July 21, 2006, is **VACATED**;

4.  That the jury trial set to commence August 7, 2006, is **VACATED**; and

5.  That any pending motion is **DENIED** as moot.

Dated February 8, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**